**3**

**Daniel BURES, Appellant, v. HAVANA COAL COMPANY, a Corporation, the Berwind-White Coal Mining Company, a Corporation, and J. L. Williams, Appellees.**

Circuit Court of Appeals, Fourth Circuit. May 5, 1928.

No. 2708.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk; D. Lawrence Groner, Judge.

Jacob L. Morewitz, of Newport News, Va., for appellant.

Allan D. Jones, of Newport News, Va., for appellees.

Before WADDILL, PARKER, and NORTHCOTT, Circuit Judges.

PER CURIAM. After giving mature consideration to the questions arising upon this appeal and the several assignments of error in respect thereto, we are of the opinion that the action of the lower court should be affirmed; the amount awarded being as much as the libelant is entitled to recover in any aspect of the case.

Affirmed.